B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Ledgemont Capital Group, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Indigo Merchant Capital Group LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>83-0459547 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>2711 Centerville Road<br>Wilmington, DE (*see Exhibit 1 attached)<br>ZIP CODE 19808 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New Castle | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>See Exhibit 1. For Nature of Business below, see Exhibit 2.   ZIP CODE | | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☐ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                                Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.)<br>☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>-----<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Ledgemont Capital Group, LLC | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Ledgemont Capital Group, LLC |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X *[signed]*<br>Signature of Attorney for Debtor(s)<br>Evan T. Miller<br>Printed Name of Attorney for Debtor(s)<br>Bayard, P.A.<br>Firm Name<br>222 Delaware Ave., Ste 900<br>Wilmington, DE 19801<br>Address<br>3024294227<br>Telephone Number<br>05/03/2013<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signed]*<br>Signature of Authorized Individual<br>ANRO NEUGEBAEN<br>Printed Name of Authorized Individual<br>MANAGING DIRECTOR<br>Title of Authorized Individual<br>5-3-13<br>Date | |

B1 (Official Form 1) (04/13)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Ledgemont Capital Group, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Evan T. Miller
Signature of Attorney for Debtor(s)
Evan T. Miller
Printed Name of Attorney for Debtor(s)
Bayard, P.A.
Firm Name
222 Delaware Ave., Ste 900
Wilmington, DE 19801
Address
3024294227
Telephone Number
05/03/2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Keith Barksdale
Signature of Authorized Individual
Keith Barksdale
Printed Name of Authorized Individual
Managing Director
Title of Authorized Individual
Date 5-3-13

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Exhibit 1 to Voluntary Petition

The Debtor no longer maintains any physical addresses. The address listed here is the address of Debtor's registered agent. Some of the Debtor's physical property, including furniture, is still located on-site at the previous address, located at 595 Madison Avenue, New York, New York 10022.

{BAY:02274882v1}

## Exhibit 2 to Voluntary Petition

Ledgemont Securities ("LS") is wholly owned by Ledgemont Capital Group, LLC. LS was formerly a broker-dealer of securities. As of March 18, 2013, LS withdrew its securities license. LS has not closed any transactions with any customer since approximately January 2012. LS no longer acts as a broker-dealer for any customers in any capacity.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Ledgemont Capital Group, LLC<br><br>    Debtor. | ) Chapter 7<br>) Case No. 13-[   ]( )<br>)<br>)<br>)<br>) |

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO RULE 7007.1 OF THE
<u>FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Ledgemont Capital Group, LLC ("<u>LCG</u>") in the above-captioned action, certifies that the following is a limited liability company that directly or indirectly owns 10% or more of any class of the Debtor's equity interests, or states that there are no entities to report under 7007.1 of the Federal Rules of Bankruptcy Procedure:

1. **Ledgemont Operations, LLC** – sole managing member of LCG, 100% interest of Class A Units

Dated: May 3, 2013
   Wilmington, Delaware

BAYARD, P.A.

By: */s/ Evan T. Miller*
  GianClaudio Finizio (No. 4253)
  Evan T. Miller (No. 5364)
  222 Delaware Avenue, Suite 900
  Wilmington, DE 19801
  Phone: (302) 655-5000
  Fax: (302) 658-6395
  gfinizio@bayardlaw.com
  emiller@bayardlaw.com

  *Attorneys for Debtor*

# CONSENT OF MANAGING DIRECTORS OF
# LEDGEMONT CAPITAL GROUP, LLC

The undersigned, being the only managing directors (the "Managing Directors") of Ledgemont Capital Group, Inc., a limited liability company organized and existing under the laws of the State of Delaware (the "Company"), hereby consent to, adopt and order the following resolutions in lieu of a meeting of the Company. The undersigned do hereby agree that, upon execution of this consent, the resolutions set forth below shall be deemed to have been adopted to the same extent and to have the same force and effect as if adopted at a formal meeting of the Managing Directors, duly called and held for the purpose of acting upon proposals to adopt such resolutions. The undersigned do hereby waive all formal requirements, including the necessity of holding a formal meeting, and any requirement that notice of such meeting be given, and agree and acknowledge that this written consent may be executed in counterparts. The following resolutions are hereby adopted.

WHEREAS, the Managing Directors reviewed the materials presented by Mr. Edward Neugeboren and Mr. Keith Barksdale, Managing Directors, and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic and financial alternatives available to the Company, and the impact of the foregoing on the Company's businesses;

I.    Voluntary Petition under the Provisions of the Bankruptcy Code

**NOW, THEREFORE, BE IT RESOLVED THAT:** In the judgment of the Managing Directors, it is desirable and in the best interests of the Company, its creditors, members, and other parties in interest, that the Company file or cause to be filed voluntary petitions for relief under the provisions of chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") (the "Bankruptcy Case") and cause the same to be filed in any United States Bankruptcy Court constituting a proper venue, including, but not limited to, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), as determined by the Company's Managing Directors in consultation with counsel;

**BE IT FURTHER RESOLVED THAT:** The Managing Directors, and any officers as may be designated by the Managing Directors (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary, or proper or desirable in connection with the Company's chapter 7 Bankruptcy Case, with a view to the successful prosecution of the case;

**BE IT FURTHER RESOLVED THAT:** Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ Bayard, P.A. ("Bayard") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized

1

Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Bankruptcy Case.

**BE IT FURTHER RESOLVED THAT**: Each of the Authorized Officers be, and hereby is, authorized, empowered and directed, on behalf of, and in the name of the Company, retain such other professionals as each of them deem appropriate during the course of the chapter 7 case;

**BE IT FURTHER RESOLVED THAT:** All acts lawfully done or actions lawfully taken by any of the Authorized Officers of the Company or any of the professionals to seek relief on behalf of the Company under the Bankruptcy Code or in connection with the chapter 7 case, or any matter or proceeding related thereto, be and hereby are adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

II.   Further Actions and Prior Actions

**BE IT FURTHER RESOLVED THAT:** Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered for, in the name of and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

**BE IT FURTHER RESOLVED THAT:** All acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

**IN WITNESS WHEREOF**, the undersigned have executed the foregoing Written Consent of the Managing Directors of the Company for the purpose of giving consent thereto as of May 3, 2013.

MANAGING DIRECTOR:

Name: Edward Neugeboren
Title:

MANAGING DIRECTOR:

Name: Keith Barksdale
Title:

2

# CONSENT OF MANAGING DIRECTORS OF
# LEDGEMONT CAPITAL GROUP, LLC

The undersigned, being the only managing directors (the "Managing Directors") of Ledgemont Capital Group, Inc., a limited liability company organized and existing under the laws of the State of Delaware (the "Company"), hereby consent to, adopt and order the following resolutions in lieu of a meeting of the Company. The undersigned do hereby agree that, upon execution of this consent, the resolutions set forth below shall be deemed to have been adopted to the same extent and to have the same force and effect as if adopted at a formal meeting of the Managing Directors, duly called and held for the purpose of acting upon proposals to adopt such resolutions. The undersigned do hereby waive all formal requirements, including the necessity of holding a formal meeting, and any requirement that notice of such meeting be given, and agree and acknowledge that this written consent may be executed in counterparts. The following resolutions are hereby adopted.

WHEREAS, the Managing Directors reviewed the materials presented by Mr. Edward Neugeboren and Mr. Keith Barksdale, Managing Directors, and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic and financial alternatives available to the Company, and the impact of the foregoing on the Company's businesses;

I.  <u>Voluntary Petition under the Provisions of the Bankruptcy Code</u>

**NOW, THEREFORE, BE IT RESOLVED THAT:** In the judgment of the Managing Directors, it is desirable and in the best interests of the Company, its creditors, members, and other parties in interest, that the Company file or cause to be filed voluntary petitions for relief under the provisions of chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") (the "Bankruptcy Case") and cause the same to be filed in any United States Bankruptcy Court constituting a proper venue, including, but not limited to, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), as determined by the Company's Managing Directors in consultation with counsel;

**BE IT FURTHER RESOLVED THAT:** The Managing Directors, and any officers as may be designated by the Managing Directors (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary, or proper or desirable in connection with the Company's chapter 7 Bankruptcy Case, with a view to the successful prosecution of the case;

LCG - Consent (02274756).DOCX                                                    5/3/13 10:59 PM

**BE IT FURTHER RESOLVED THAT:** Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ Bayard, P.A. ("Bayard") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Bankruptcy Case.

**BE IT FURTHER RESOLVED THAT:** Each of the Authorized Officers be, and hereby is, authorized, empowered and directed, on behalf of, and in the name of the Company, retain such other professionals as each of them deem appropriate during the course of the chapter 7 case;

**BE IT FURTHER RESOLVED THAT:** All acts lawfully done or actions lawfully taken by any of the Authorized Officers of the Company or any of the professionals to seek relief on behalf of the Company under the Bankruptcy Code or in connection with the chapter 7 case, or any matter or proceeding related thereto, be and hereby are adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

II.  Further Actions and Prior Actions

**BE IT FURTHER RESOLVED THAT:** Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered for, in the name of and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

**BE IT FURTHER RESOLVED THAT:** All acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

**IN WITNESS WHEREOF,** the undersigned have executed the foregoing Written Consent of the Managing Directors of the Company for the purpose of giving consent thereto as of May 3, 2013.

MANAGING DIRECTOR:

LCG - Consent (02274756).DOCX                                                                                5/3/13 10:59 PM

        Name: Edward Neugeboren
        Title:

        MANAGING DIRECTOR:

        *[signature]*
        Name: Keith Barksdale
        Title: *Managing Director*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 7 |
|  | ) Case No. 13-[_____](___) |
| Ledgemont Capital Group, LLC | ) |
|  | ) |
| Debtor. | ) |

### PENDING BANKRUPTCY CASES FILED

| Name of Debtor/District | Case No./Relationship | Date Filed / Judge |
|---|---|---|
| Ledgemont Operations, LLC | Sole managing member of Debtor | May 3, 2013 |
| Ledgemont Securities, LLC | Subsidiary | May 3, 2013 |
| Ledgemont Asset Management, LLC | Subsidiary | May 3, 2013 |

{BAY:02274847v1}